

| | | | |
|---|---|---|---|
| Sturdivant v. State | 61 N.E.3d 1219 | 01/12/2017 | Transfer denied. All Justices concur, except Rucker, J., who votes to grant the Petition to Transfer. |
| McMahel v. Deaton | 61 N.E.3d 336 | 01/12/2017 | Transfer denied. All Justices concur, except Rush, C.J., and Slaughter, J., who vote to grant the Petition to Transfer. |
| Beedy v. State | 58 N.E.3d 987 | 01/12/2017 | Transfer denied. All Justices concur, except Rush, C.J., and Massa, J., who vote to grant the Petition to Transfer. |
| Gregg Appliances Inc. v. Dwain Underwood | 57 N.E.3d 831 | 01/19/2017 | Transfer granted. |
| Sims v. Pappas | 61 N.E.3d 1285 | 01/19/2017 | Transfer granted. |
| House v. State | 61 N.E.3d 1230 | 01/19/2017 | Transfer denied. All Justices concur. |
| Rees, Paternity of | 64 N.E.3d 1268 | 01/19/2017 | Transfer denied. All Justices concur. |
| Milligan v. State | 64 N.E.3d 1269 | 01/19/2017 | Transfer denied. All Justices concur. |
| Lopez v. State | 64 N.E.3d 1267 | 01/19/2017 | Transfer denied. All Justices concur. |
| Castaneda v. State | 45A05–1601–CR–25 | 01/19/2017 | Transfer denied. All Justices concur. |
| Fink v. State | 65 N.E.3d 645 | 01/19/2017 | Transfer denied. All Justices concur. |
| Halliburton v. State | 1 N.E.3d 670 | 01/19/2017 | Transfer denied. All Justices concur. |
| Kadrovach v. State | 61 N.E.3d 1241 | 01/19/2017 | Transfer denied. All Justices concur. |
| Wilkins v. State | 64 N.E.3d 1265 | 01/19/2017 | Transfer denied. All Justices concur. |
| Wheeler v. State | 60 N.E.3d 1144 | 01/19/2017 | Transfer denied. All Justices concur. |
| Fresenius USA Marketing v. IN, Department of State Revenue | 56 N.E.3d 734 | 01/19/2017 | Review denied. All Justices concur. |
| Wilson v. State | 64 N.E.3d 1270 | 01/19/2017 | Transfer denied. All Justices concur. |
| Hohman v. State | 66 N.E.3d 1006 | 01/19/2017 | Transfer denied. All Justices concur. |
| Vudumu v. Meesala | 65 N.E.3d 649 | 01/19/2017 | Transfer denied. All Justices concur. |
| Hughes v. State | 64 N.E.3d 1268 | 01/19/2017 | Transfer denied. All Justices concur. |
| Hummel v. State | 63 N.E.3d 37 | 01/19/2017 | Transfer denied. All Justices concur. |
| Brown v. Boeing Company | 64 N.E.3d 1266 | 01/19/2017 | Transfer denied. All Justices concur. |
| City of Jeffersonville v. Environmental Management | 10A01–1511–PL–1967 | 01/19/2017 | Transfer denied. All Justices concur. |
| Sines v. State | 60 N.E.3d 1144 | 01/19/2017 | Transfer denied. All Justices concur. |
| Lundy v. State | 64 N.E.3d 1264 | 01/19/2017 | Transfer denied. All Justices concur. |